| | |
|---|---|
| 1 | Francis O. Scarpulla (41059) |
| | Craig C. Corbitt (83251) |
| 2 | Judith A. Zahid (215418) |
| | Patrick B. Clayton (240191) |
| 3 | Qianwei Fu (242669) |
| | Heather T. Rankie (268002) |
| 4 | ZELLE HOFMANN VOELBEL & MASON LLP |
| | 44 Montgomery Street, Suite 3400 |
| 5 | San Francisco, CA  94104 |
| | Telephone:  (415) 693-0700 |
| 6 | Facsimile:   (415) 693-0770 |
| | *fscarpulla@zelle.com* |
| 7 | |
| | Joseph M. Alioto (42680) |
| 8 | Theresa D. Moore (99978) |
| | ALIOTO LAW FIRM |
| 9 | 225 Bush Street, 16th Floor |
| | San Francisco, CA 94104 |
| 10 | Telephone:  (415) 434-8900 |
| | Facsimile:   (415) 434-9200 |
| 11 | *josephalioto@mac.com* |
| 12 | *Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | ) ) ) | Case No. 3:07-MD-1827 SI MDL No. 1827 |
| This Document Relates to: | ) ) ) | **[~~PROPOSED~~] ORDER ADVANCING HEARING FOR INDIRECT-** |
| All Indirect-Purchaser Actions; | ) ) | **PURCHASER PLAINTIFFS' AND SETTLING STATES' JOINT MOTION** |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619; | ) ) ) | **FOR PRELIMINARY APPROVAL** |
| *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and | ) ) ) | The Honorable Susan Illston |
| *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | ) ) ) | |

The Indirect-Purchaser Plaintiffs ("IPPs") have moved for an order advancing the hearing for the IPPs' and Settling States' Joint Motion for Preliminary Approval.

The Court, having reviewed the motion and the record on file in this action, finds that this motion should be, and hereby is, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The hearing on the IPPs' and Settling States' Joint Motion for Preliminary Approval shall be held on January 20, 2012, at 9:00 a.m.

2. The briefing schedule provided under Civil Local Rule 7-3 in connection with the IPPs' and Settling States' Joint Motion for Preliminary Approval is unaffected.

**IT IS SO ORDERED.**

Dated: 12/27/11

_____
The Honorable Susan Illston,
United States District Judge

3226432v02

1

[PROPOSED] ORDER ADVANCING HEARING FOR INDIRECT-PURCHASER PLAINTIFFS' AND SETTLING STATES' JOINT MOTION FOR PRELIMINARY APPROVAL – CASE NO. 3:07-MD-1827 SI