1  Francis O. Scarpulla (41059)
   Craig C. Corbitt (83251)
2  Judith A. Zahid (215418)
   Patrick B. Clayton (240191)
3  Qianwei Fu (242669)
   Heather T. Rankie (268002)
4  ZELLE HOFMANN VOELBEL & MASON LLP
   44 Montgomery Street, Suite 3400
5  San Francisco, CA  94104
   Telephone:  (415) 693-0700
6  Facsimile:   (415) 693-0770
   *fscarpulla@zelle.com*
7
   Joseph M. Alioto (42680)
8  Theresa D. Moore (99978)
   ALIOTO LAW FIRM
9  225 Bush Street, 16th Floor
   San Francisco, CA 94104
10 Telephone:  (415) 434-8900
   Facsimile:   (415) 434-9200
11 *josephalioto@mac.com*

12 *Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

13

14

15            **UNITED STATES DISTRICT COURT**

16          **NORTHERN DISTRICT OF CALIFORNIA**

17             **SAN FRANCISCO DIVISION**

18 IN RE TFT-LCD (FLAT PANEL)      )   Case No. 3:07-MD-1827 SI
   ANTITRUST LITIGATION            )   MDL No. 1827
19 _____ )
                                   )
20 This Document Relates to:       )   **[~~PROPOSED~~] ORDER ADVANCING
                                   )   HEARING FOR INDIRECT-
21 All Indirect-Purchaser Actions; )   PURCHASER PLAINTIFFS' AND
                                   )   SETTLING STATES' JOINT MOTION
22 *State of Missouri, et al. v. AU Optronics* )  **FOR PRELIMINARY APPROVAL**
   *Corporation, et al.*, Case No. 10-cv-3619; )
23                                 )
   *State of Florida v. AU Optronics Corporation,* )
24 *et al.*, Case No. 10-cv-3517; and )   The Honorable Susan Illston
                                   )
25 *State of New York v. AU Optronics Corporation,*)
   *et al.*, Case No. 11-cv-0711.  )
26 _____ )

27

28

1    The Indirect-Purchaser Plaintiffs ("IPPs") have moved for an order advancing the hearing

2  for the IPPs' and Settling States' Joint Motion for Preliminary Approval.

3    The Court, having reviewed the motion and the record on file in this action, finds that this

4  motion should be, and hereby is, GRANTED.

5    NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

6    1.   The hearing on the IPPs' and Settling States' Joint Motion for Preliminary Approval shall

7  be held on January 20, 2012, at 9:00 a.m.

8    2.   The briefing schedule provided under Civil Local Rule 7-3 in connection with the IPPs'

9  and Settling States' Joint Motion for Preliminary Approval is unaffected.

10   **IT IS SO ORDERED.**

11
12   Dated: ____12/27/11_____    _____
                                          The Honorable Susan Illston,
13                                        United States District Judge

14
     3226432v02
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

[PROPOSED] ORDER ADVANCING HEARING FOR INDIRECT-PURCHASER PLAINTIFFS' AND SETTLING
STATES' JOINT MOTION FOR PRELIMINARY APPROVAL – CASE NO. 3:07-MD-1827 SI