1  Jeffrey H. Howard (*pro hac vice*)
   Jerome A. Murphy (*pro hac vice*)
2  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004
   Telephone:  202-624-2500
4  Facsimile:  202-628-5116
   Email: jhoward@crowell.com
5          jmurphy@crowell.com

6  Jason C. Murray (CA Bar No. 169806)
   Joshua C. Stokes (CA Bar No. 220214)
7  Nathanial J. Wood (CA Bar No. 223547)
   CROWELL & MORING LLP
8  515 South Flower St., 40th Floor
   Los Angeles, CA 90071
9  Telephone:  213-622-4750
   Facsimile:  213-622-2690
10 Email: jmurray@crowell.com
          jstokes@crowell.com
11
   *Liaison Counsel for Undersigned Direct Action*
12 *Plaintiffs*

13 [Additional counsel listed on signature page]

14
                UNITED STATES DISTRICT COURT
15
             NORTHERN DISTRICT OF CALIFORNIA
16
                  SAN FRANCISCO DIVISION
17

18
   In re TFT-LCD (FLAT PANEL) ANTITRUST          Master Docket No. 07-m-1827 SI
19 LITIGATION
                                                 MDL No. 1827
20 This Document Relates To:
                                                 **STIPULATION AND [~~PROPOSED~~]**
21 *Best Buy Co., Inc., et al. v. AU Optronics*   **ORDER REGARDING BRIEFING**
   *Corporation, et al., Case No. 10-cv-04572 SI* **SCHEDULE FOR LG DISPLAY'S**
22                                                **MOTION FOR LEAVE TO AMEND**
   *Electrograph Systems, Inc., et al. v. Epson*
23 *Imaging Devices Corporation, et al., Case No.*
   *10-cv-00117 SI*
24
   *Target Corp., et al. v. AU Optronics*
25 *Corporation, et al., Case No. 10-cv-04945 SI*

26 *Alfred H. Siegel, As Trustee of the Circuit*
   *City Stores, Inc. Liquidating Trust v. AU*
27 *Optronics Corporation, et al., Case No. 10-*
   *cv05625 SI*
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

1  *SB Liquidation Trust v. AU Optronics
   Corporation, et al., Case No. 10-cv-05458 SI*

2

3  *Tracfone Wireless, Inc. v. AU Optronics
   Corporation, et al., Case No. 10-cv-03205 SI*

4  *Costco Wholesale Corporation v. AU
   Optronics Corporation, et al., Case No. 11-
   cv00058 SI*

5

6  *Motorola Mobility, Inc. v. AU Optronics
   Corporation, et al., C 09-5840 SI*

7

8  *AT&T Mobility LLC, et al. v. AU Optronics
   Corporation, et al., No. 3:09-cv-4997 SI*

9  *State of Florida v. AU Optronics Corporation, et
   al., Case No. 10-cv-3517 SI.*

10

11 *State of Missouri, et al. v. AU Optronics
   Corporation, et al., Case No. 10-cv-03619 SI*

12

13 *State of Oregon, ex rel John Kroger, Attorney
   General v. AU Optronics Corporation, et al.,
   Case No. 3:10-4346 SI*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

1    Defendants LG Display America, Inc. and LG Display Co., Ltd. (collectively, "LG

2   Display") and the Direct Action Plaintiffs ("DAPs") and State Attorneys General ("AGs") in the

3   above captioned actions stipulate as follows:

4    WHEREAS LG Display filed a Motion for leave to amend their respective Answers and

5   to add Additional Defenses and a Counterclaim for Declaratory Relief in *Best Buy Co., Inc., et al.*

6   *v. AU Optronics Corporation, et al.*, Case No. 10-cv-04572 SI, *Electrograph Systems, Inc., et al.*

7   *v. Epson Imaging Devices Corporation, et al.*, Case No. 10-cv-00117 SI, *Target Corp., et al. v.*

8   *AU Optronics Corporation, et al.*, Case No. 10-cv-04945 SI, *Alfred H. Siegel, As Trustee of the*

9   *Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corporation, et al.*, Case No. 10-

10  cv05625 SI, *SB Liquidation Trust v. AU Optronics Corporation*, et al., Case No. 10-cv-05458 SI,

11  *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03205 SI, *Costco*

12  *Wholesale Corporation v. AU Optronics Corporation*, et al., Case No. 11-cv00058 SI, *Motorola*

13  *Mobility, Inc. v. AU Optronics Corporation, et al.*, C 09-5840 SI , *AT&T Mobility LLC, et al. v.*

14  *AU Optronics Corporation, et al.*, No. 3:09-cv-4997 SI, *State of Florida v. AU Optronics*

15  *Corporation, et al.*, Case No. 10-cv-3517 SI, *State of Missouri, et al. v. AU Optronics*

16  *Corporation, et al.*, Case No. 10-cv-03619 SI, *State of Oregon, ex rel John Kroger, Attorney*

17  *General v. AU Optronics Corporation, et al.*, Case No. 3:10-4346 SI pursuant to Rule 15(a) of the

18  Federal Rules of Civil Procedure on March 22, 2012 (hereafter, "LG Display's Motion to

19  Amend");

20   WHEREAS the DAPs and AGs are currently required to file their Opposition to LG

21  Display's Motion to Amend on or before April 5, 2012;

22   WHEREAS the hearing on LG Display's Motion to Amend is scheduled to be to be heard

23  on May 18, 2012;

24   WHEREAS the parties desire to continue the briefing schedule for LG Display's Motion

25  to Amend until after the April 20, 2012 hearing on duplicative recovery in the Indirect Purchaser

26  Plaintiff case, and believe that a continuance will allow for more efficient use of the Court's and

27  the parties time by potentially streamlining issues for resolution;

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

1    IT IS HEREBY STIPULATED AND AGREED by the undersigned DAPs, AGs, and LG

2  Display, by and through their undersigned liaison counsel and subject to the concurrence of the

3  Court, as follows:

4     (1) The time for the undersigned DAPs and AGs served with LG Display's Motion to

5  Amend to file their Oppositions to LG Display's Motion shall be extended to and including April

6  27, 2012.  The DAPs shall file a single opposition brief to LG Display's Motion to Amend.

7     (2) LG Display's time to file its Reply(ies) in support of its Motion shall be extended to

8  and including May 8, 2012.

9

DATED:  April 5, 2012

10

11  *Liaison Counsel for Direct*
    *Action Plaintiffs and Counsel*
12  *for Motorola Mobility, Inc.;*
    *AT&T Mobility, LLC; AT&T*
13  *Corp.; AT&T Services, Inc.;*
    *BellSouth Telecommunications,*
14  *Inc.; Pacific Bell Telephone*
    *Company; AT&T Operations,*
15  *Inc.; AT&T DataComm, Inc.;*
    *Southwestern Bell Telephone*
16  *Company; Target Corporation;*
    *Sears, Roebuck and Co.;*
17  *Kmart Corporation; Old Comp*
    *Inc.; Good Guys, Inc.;*
18  *RadioShack Corporation; and*
    *Newegg Inc.*

19

20

21

22

23

24

25

26

27

28

By:  /s/  *Joshua C. Stokes*
**Jerome A. Murphy** (*pro hac vice*)
**Jeffrey H. Howard** (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 623-2500
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
Email: jhoward@crowell.com

**Jason C. Murray** (CA Bar No. 169806)
**Joshua C. Stokes** (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com
Email: jstokes@crowell.com

**R. Bruce Holcomb** (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: (202) 580-8820
Facsimile: (202) 580-8821
Email: holcomb@adamsholcomb.com

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

MASTER FILE NO. 3:07
MD-1827 SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for SB Liquidation Trust*

By:   /s/  *David H. Orozco*
    DIAMOND McCARTHY LLP
    **Allan Diamond, Esq.**
    **James D. McCarthy, Esq.**
    **Jason Fulton, Esq.**
    909 Fannin, Suite 1500
    Houston, Texas 77010
    Telephone:   (713) 333-5104
    Facsimile:   (713) 333-5199
    Email: adiamond@diamondmccarthy.com
          jmccarthy@diamondmccarthy.com
          jfulton@diamondmccarthy.com

    SUSMAN GODFREY LLP
    **Marc M. Seltzer, Esq.**
    **Ryan C. Kirkpatrick, Esq.**
    **David H. Orozco, Esq.**
    **Steven G. Sklaver, Esq.**
    1901 Avenue of the Stars
    Suite 950
    Los Angeles, CA 90067-6029
    Telephone :   (310) 789-3100
    Facsimile:   (310) 789-3150
    Email:  mseltzer@susmangodfrey.com
     rkirkpatrick@susmangodfrey.com
     dorozco@susmangodfrey.com
     ssklaver@susmangodgrey.com

*Counsel for Plaintiffs Alfred H. Siegel, as Trustee of the Circuit City Stores Inc. Liguidating Trust*

By: /s/ Jonathan Ross
**Jonathan Ross**
SUSMAN GODFREY LLP
1000 Louisiana, Ste, 5100
Houston, TX 77002
Telephone: (713) 653-7813
Facsimile:  (713) 654-6666

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

| | | |
|---|---|---|
| 1 | | By:   /s/  *Philip J. Iovenio* _____ |
| | *Counsel for Plaintiffs Electrograph* | BOIES, SCHILLER & FLEXNER LLP |
| 2 | *Systems, Inc. and Electrograph* | **William A. Isaacson** (admitted pro hac vice) |
| | *Technologies Corp.* | Boies, Schiller & Flexner LLP |
| 3 | | 5301 Wisconsin Ave. NW, Suite 800 |
| 4 | | Washington, D.C.  20015 |
| | | Telephone:  (202) 237-2727 |
| 5 | | Facsimile:  (202) 237-6131 |
| | | Email:  wisaacson@bsfllp.com |
| 6 | | |
| 7 | | BOIES, SCHILLER & FLEXNER LLP |
| | | **Philip J. Iovieno** (admitted pro hac vice) |
| 8 | | 10 North Pearl Street |
| | | 4th Floor |
| 9 | | Albany, NY 12207 |
| | | Telephone: 518-434-0600 |
| 10 | | Facsimile: 518-434-0665 |
| | | Email: piovieno@bsfllp.com |
| 11 | | |
| 12 | | By:   /s/ *David B. Esau* _____ |
| | *Counsel for Plaintiffs Tracfone* | CARLTON FIELDS |
| 13 | *Wireless, Inc.* | **James Blaker Baldinger, Esq.** |
| | | **David B. Esau, Esq.** |
| 14 | | CityPlace Tower, Suite 1200 |
| | | 525 Okeechobee Boulevard |
| 15 | | West Palm Beach, FL 33401 |
| | | Telephone :     (561) 659-7070 |
| 16 | | Facsimile:      (561) 659-7368 |
| | | Email:  jbaldinger@carltonfields.com |
| 17 | |   desau@carltonfields.com |
| 18 | | |
| | | CARLTON FIELDS |
| 19 | | **Robert L. Ciotti, Esq.** |
| | | 4221 W Boy Scout Boulevard |
| 20 | | 10th Floor - Corporate Center III |
| | | Tampa, FL 33067-5736 |
| 21 | | Telephone :     (813) 223-7000 |
| | | Facsimile:      (813) 229-4133 |
| 22 | | Email:  rciotti@carltonfields.com |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

1

2    *Counsel Counsel for Plaintiffs Best*
     *Buy Co., Inc.; Best Buy Purchasing*
3    *LLC; Best Buy Enterprise Services,*
     *Inc.; Best Buy Stores, L.P.; Best*
4    *Buy.com, LLC; and Magnolia Hi-Fi,*
     *Inc.*
5

6

7

8

By:   /s/  *Roman M. Silberfeld*
      **Roman M. Silberfeld**
      **David Martinez**
      ROBINS, KAPLAN, MILLER & CIRESI LLP
      2049 Century Park East, Suite 3400
      Los Angeles, CA  90067-3208
      Telephone:      (310) 552-0130
      Facsimile:      (310) 229-5800

      rkirkpatrick@susmangodfrey.com
      dorozco@susmangodfrey.com
      ssklaver@susmangodgrey.com

9

10   *Counsel for Plaintiffs Costco*
     *Wholesale Corporation*
11

12

13

14

15

16

By:   /s/  *David J. Burman*
      **David J. Burman**
      PERKINS COIE LLP
      1201 Third Avenue
      Suite 4800
      Seattle, WA 98101-3099
      Telephone:      (206) 359-8000
      Facsimile:      (206) 359-9000

17

18   *Attorneys for Plaintiff State of*
     *Florida*
19

20

21

22

23

By:   /s/  *Nicholas J. Weilhammer*
      **Nicholas J. Weilhammer**
      STATE OF FLORIDA
      Pro Hac Vice
      Office of the Attorney General
      State of Florida
      PL-01, The Capitol
      Tallahassee, FL 32399-1050
      Tel:  (850) 414-3300
      Fax:  (850) 488-9134

24

25   *Attorneys for Plaintiff State of*
     *Missouri*
26

27

28

By:   /s/  *Anne E. Schneider*
      **Anne E. Schneider**
      STATE OF MISSOURI
      Assistant Attorneys General
      Missouri Attorney General Office
      P. O. Box 899
      Jefferson City, MO 65102

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-5-

MASTER FILE NO. 3:07
MD-1827 SI

1

2   *Attorneys for Plaintiff State of Arkansas*

3

4

5

6

By:  /s/  *Kevin Wells*
     **Kevin Wells**
     STATE OF ARKANSAS
     Assistant Attorney General
     Arkansas Attorney General Office
     323 Center Street, Suite 500
     Little Rock, AR  72201

7   *Attorneys for Plaintiff State of Michigan*

8

9

10

11

12

By:  /s/  *M. Elizabeth Lippitt*
     **M. Elizabeth Lippitt**
     STATE OF MICHIGAN
     Assistant Attorney General
     Michigan Attorney General Office
     Corporate Oversight Division
     525 West Ottawa Street, 6th Floor
     Lansing, MI 48933

13   *Attorneys for Plaintiff State of West Virginia*

14

15

16

17

By:  /s/  *Douglas L. Davis*
     **Douglas L. Davis**
     STATE OF WEST VIRGINIA
     Assistant Attorney General
     West Virginia Attorney General Office
     812 Quarrier St., First Floor
     Charleston, WV  25301

18   *Attorneys for Plaintiff State of Wisconsin*

19

20

21

By:  /s/  *Gwendolyn J. Cooley*
     **Gwendolyn J. Cooley**
     STATE OF WISCONSIN
     Assistant Attorney General
     Wisconsin Department of Justice
     PO Box 7857
     Madison, WI 53707

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-6-

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

|   | | |
|---|---|---|

By: /s/  *Michael  E. Haglund*

*Attorneys for Plaintiff State of Oregon*

**Michael E. Haglund (pro hoc vice)**
**Michael K. Kelley (pro hoc vice)**
STATE OF OREGON
HAGLUND KELLEY JONES & WILDER LLP
Special Assistant Attorneys General for
the State of Oregon
200 SW Market Street, Suite 1777
Portland, Oregon 97201

**Tim D. Nord, OSB No. 882800**
Oregon Senior Assistant Attorney General
1162 Court Street, NE
Salem, OR  97301-4096
Telephone: (503) 943-4400
Facsimile: (503) 225-1257

By: /s/  *Lee F. Berger*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

**Holly A. House** (SB# 136045)
hollyhouse@paulhastings.com
**Kevin C. McCann** (SB# 120874)
kevinmccann@paulhastings.com
**Sean D. Unger** (SB# 231694)
seanunger@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

**Lee F. Berger** (SB# 222756)
leeberger@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1772
Facsimile: (202) 551-0172

**Gregory J. Weingart (State Bar No. 157997)**
**Hailyn J. Chen (State Bar No. 237436)**
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-7-

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

1

2    **Michael R. Lazerwitz** (pro hac vice)
     CLEARY GOTTLIEB STEEN & HAMILTON
3    LLP
     One Liberty Plaza
4    New York, NY 10006
     Telephone: (212) 225-2000
5    Facsimile: (212) 225-3999

6

7

8         **IT IS SO ORDERED.**

9    DATED:  April _6, 2012

10                                                    _____
                                                      Hon. Susan Illston, United States District Judge
11

12

13        Attestation:  The filer of this document attests that the concurrence of the signatories

14   thereto has been obtained.

15   DCACTIVE-18025086.4

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07
                                                      MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND