IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

No. M 07-1827 SI

MDL. No. 1827

This Order Relates to:

ALL INDIRECT-PURCHASER PLAINTIFF CLASS ACTIONS

**FINAL JUDGMENT RE INDIRECT PURCHASER PLAINTIFF/STATE ENTITY CLASS ACTIONS**

In prior Orders, this Court has finally approved the combined class, *parens patriae*, and governmental entity settlements between the Indirect Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and the Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung, Sharp, AUO, LG, and Toshiba Defendants, on the other. The Court has also awarded attorneys fees, reimbursement of expenses and incentive awards.

Judgment of dismissal with prejudice as to these parties is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 1, 2013

_____
SUSAN ILLSTON
United States District Judge